John W. Gerhardt, Plaintiff-Appellant, v. Charles Boynton Warren et al., Defendants-Appellees.

**Gen. No. 9,754.** 

Templeman & Templeman, for appellant; Giffin, Winning, Lindner & Newkirk, for appellees; James M. Winning, and William M. Giffin, of counsel. Opinion by JUSTICE DADY. **Not to be published in full.** Opinion filed May 31, 1951; released for publication June 26, 1951.